IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

James H. Streets,

        Petitioner

v.

United States of America,

        Respondent

Case No. 2:12-cv-000203
           2:07-cr-00082

Judge Watson

Magistrate Judge Abel

## ORDER

Petitioner James Streets brings this action under 28 U.S.C. §2255 challenging his convictions for mail fraud and making a false statement to law enforcement. This matter is before the Court on Magistrate Judge Abel's March 12, 2012 Report and Recommendation that all the claims, except the ineffective assistance of counsel claim, be dismissed because they already have been presented to and ruled on by the United States Court of Appeals for the Sixth Circuit on direct appeal.

No objections to the Report and Recommendation have been filed. The Court **ADOPTS** the Report and Recommendation. All the claims, except the ineffective assistance of counsel claim, are hereby **DISMISSED**.

                                                        _/s/ Michael H. Watson_
                                                    MICHAEL H. WATSON
                                                    UNITED STATES DISTRICT JUDGE